IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Criminal Action No.
v.                                05-06032-05/06-CR-SJ-GAF

ISRAEL J. ROCHA and
RAYMOND RIESER

        Defendant.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: Defendants are charged with conspiracy to distribute and to possess with the intent to distribute a mixture containing a detectable amount of methamphetamine in an amount of 500 grams or more.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
       Government: Kathleen Mahoney
       Case Agent: Detective Paul Carrington
       Defense: Christopher Harlan for defendant Israel Rocha
              Travis Noble, Jr for defendant Raymond Rieser

**OUTSTANDING MOTIONS**: The only pending motions relate to co-defendant Snell who is asking that the case be continued as to her so that she may undergo a mental examination. (See doc. # 111 and # 112)

**TRIAL WITNESSES**:
       Government: 18 witnesses without stipulations; 15 with stipulations
       Defendant: The only defense witnesses are possibly the defendants who may testify.

**TRIAL EXHIBITS**
       Government: 60-100 exhibits
       Defendant: 0 exhibits

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
( ) Definitely for trial   (X) Possibly for trial    ( ) Likely a plea will be worked out

**TRIAL TIME: 3- 3 ½ days**
   Government's case including jury selection: 3  days
   Defense case:   a couple of hours at most

**STIPULATIONS**: The parties will attempt to work out stipulations to the chemist report and chain of custody.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**
   **Witness and Exhibit List:** Friday before the pretrial conference
   **(Counsel are requested to list witnesses in alphabetical order on their witness list.)**

   **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, May 17, 2006.**
   **Please Note**: Jury instructions must comply with Local Rule 51.1

   **Motion in Limine:** None are planned

**TRIAL SETTING**: Criminal jury trial docket commencing May 22, 2006.
**Please note:** The parties are requesting the second week of the docket as Mr. Harlan has an out of town court hearing on May 25, 2006.

**IT IS SO ORDERED.**

                                                                    /s/ Sarah W. Hays
                                                                SARAH W. HAYS
                                                        United States Magistrate Judge